754

No. 964. FIRST NATIONAL BANK v. AMERICAN SURETY Co. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Louis A. Johnson* and *James M. Guiher* for petitioner. *Mr. George Foster, Jr.* for respondent.

No. 966. WARNER'S RENOWNED REMEDIES Co. v. FEDERAL TRADE COMMISSION. May 29, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Horace J. Donnelly, Jr.* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Charles H. Weston, Matthias N. Orfield,* and *W. T. Kelley* for respondent.

No. 970. RICHTER'S BAKERY v. NATIONAL LABOR RELATIONS BOARD. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. J. C. Hall* and *Karl H. Mueller* for petitioner. *Solicitor General Fahy, Messrs. Walter J. Cummings, Jr.* and *Alvin J. Rockwell,* and *Misses Ruth Weyand* and *Fannie M. Boyls* for respondent.

No. 971. NATIONAL BANK OF MIDDLEBORO ET AL. v. UNITED STATES. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Geo. E. H. Goodner* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch, Robert L. Stern,* and *Miss Louise Foster* for the United States.